In the Matter of MODERN MEMORIAL CHAPELS, INC., Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. — HERLIHY, J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Herlihy, J.